UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-22 (JMR/FLN)

Tracy Marquardt )
)
) ORDER
v. )
)
JNR Adjustment Company Inc., et al.)

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 30 days.

Dated: January 30th, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED 1-30-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK